IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROY L. PERRY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:23-cv-1165 (LMB/IDD) |
| DONALD JOHN TRUMP, et al., | ) ) ) |
| Defendants. | ) |

ORDER

Before the Court are two motions filed by pro se plaintiffs Roy Perry-Bey and Carlos Howard. The first is a Motion for Entry of Default as to defendant Donald Trump [Dkt. No. 15], and the second is a Motion for Judgment [Dkt. No. 16], which the Court construes as a Motion for Default Judgment. Before the Clerk will enter a default against a defendant, the plaintiff must provide the Court with proof that the most current version of the complaint has been served on the defendant and that the defendant has not responded within the time provided under the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 55. Plaintiffs have not provided proof that a copy of the Second Amended Complaint [Dkt. No. 10] was served on defendant Donald Trump in accordance with Fed. R. Civ. P. 4. Accordingly, it is hereby

ORDERED that plaintiffs' Motion for Entry of Default [Dkt. No. 15] and Motion for Judgment [Dkt. No. 16] be and are DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and plaintiffs, pro se.

Entered this 4 day of October, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge