### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ROY L. PERRY-BEY, CARLOS A. HOWARD, <br><br> Plaintiffs, <br><br> vs. <br><br><br> Virginia State Board of Elections, Virginia Department of Elections, and DONALD JOHN TRUMP, <br><br> Defendants, <br> And, <br><br> REPUBLICAN PARTY OF VIRGINIA, Inc. <br> Intervenor. | Case No. 1:23-cv-01165-LMB-IDD |

## NOTICE OF HEARING

Please take notice that Intervenor, the Republican Party of Virginia, requests to present to the Court its Motion to Dismiss the Second Amended Complaint (ECF No. 49) orally. In interests of judicial economy, Intervenor requests to be heard simultaneously to the hearing conducted on Defendant President Trump's Motion to Dismiss.

Dated:  November 27, 2023

Respectfully submitted,

JAY ALAN SEKULOW**
 (D.C. Bar No. 496335)
JORDAN SEKULOW**
 (D.C. Bar No. 991680)
STUART J. ROTH**
 (D.C. Bar No. 475937)
ANDREW J. EKONOMOU**
 (GA Bar No. 242750)

MATTHEW R. CLARK**
 (VA Bar No. 76603)
COLBY M. MAY
  (VA Bar No. 19734)
BENJAMIN P. SISNEY*
 (VA Bar No. 98019)

/s/ Nathan Moelker
NATHAN MOELKER
 (VA Bar No. 98313)
AMERICAN CENTER
 FOR LAW AND JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org
       nmoelker@aclj.org
*Counsel for Intervenor*

*Admitted in this jurisdiction, application for admission to practice before this Court pending.
**Not admitted in this jurisdiction; motion for pro hac vice admission forthcoming.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2023, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and was transmitted to those individuals receiving Notice of Electronic Filings in this matter.

/s/ Nathan Moelker
NATHAN MOELKER
 (VA Bar No. 98313)
AMERICAN CENTER
  FOR LAW AND JUSTICE
201 Maryland Avenue, NE
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: nmoelker@aclj.org
*Counsel for Intervenor*