FILED MAILROOM
JAN 18 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY L. PERRY-BEY, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | 1:23cv1165 (LMB/IDD) |
| ) | |
| vs. ) | |
| ) | |
| DONALD JOHN TRUMP, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Carlos A. Howard herein the above entitled cause of action; hereby appeals to the United States Court of Appeals for the Fourth Circuit from the United States District Court for the Eastern District of Virginia Alexandria Division final order entered on December 29, 2023, dismissing Plaintiff's Verified Complaint. A transcript or statement of facts, testimony and other incidents of the case will be filed in the above entitled cause of action.

Monday, January 15, 2024

I ask for this,

Carlos A. Howard
Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that on January 15, 2023, a true copy of the foregoing copy was mailed postage paid USPS to David A. Warrington, Dillion Law Group Inc. 2121 Eisenhower Avenue, Suite 608 Alexandria, Virginia 22314, and Travis S. Andrews, Assistant Attorney General, Office of the Attorney General 202 North Ninth Street, Richmond, Virginia 23219.

*[signature]*

Mr. Carlos A. Howard
4605 Brideshead Court
Virginia Beach, Virginia 23464
(757) 620-8800

Mr. Carlos A. Howard
4605 Brideshead Court
Virginia Beach, Virginia 23464
(757) 620-8800

RICHMOND VA  230

16 JAN 2024  PM 8  L



FERNANDO GALINDO
CLERK OF COURT
ALBERT V. BRYAN
U. S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314



US MARSHALS SERVICE

22314-570499