IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY L. PERRY-BEY, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | 1:23cv1165 (LMB/IDD) |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| DONALD JOHN TRUMP, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

FILED MAILROOM
JAN 31 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Roy L. Perry-Bey herein the above entitled cause of action; hereby appeals to the United States Court of Appeals for the Fourth Circuit from the United States District Court for the Eastern District of Virginia Alexandria Division final order entered on December 29, 2023, dismissing Plaintiff's Verified Complaint. A transcript or statement of facts, testimony and other incidents of the case will be filed in the above entitled cause of action.

Sunday, January 28, 2024

I ask for this,

MR. ROY L. PERRY-BEY

## CERTIFICATION OF SERVICE

I hereby certify that on January 28, 2023, a true copy of the foregoing copy was mailed postage paid USPS to David A. Warrington, Dillion Law Group Inc. 2121 Eisenhower Avenue, Suite 608 Alexandria, Virginia 22314, and Travis S. Andrews, Assistant Attorney General, Office of the Attorney General 202 North Ninth Street, Richmond, Virginia 23219.

MR. ROY L. PERRY-BEY
89 LINCOLN STREET #1772
HAMPTON, VIRGINIA 23669